UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO: 5:10-cv-00327-KSF

**KELSEY BREWER**                                                                                          *Plaintiff*

vs.                                                **ORDER**

**NATIONWIDE CREDIT, INC.**                                                           *Defendant*

* * * * * * * *

Based upon the Stipulation of Dismissal by all appearing parties [DE 12] and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above reference matter is hereby **DISMISSED** with prejudice.

The pretrial conference and trial scheduled for October 13, 2011 and November 15, 2011, respectively, are **SET ASIDE**.

**IT IS SO ORDERED** this March 30, 2011.



Signed By:

*Karl S. Forester* KSF
United States Senior Judge